## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

WILLIAM STEVE OWENS                                              PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:04cv304-DCB-JCS

UNITED STATES OF AMERICA                                         DEFENDANT

### FINAL JUDGMENT

This matter came on for trial before the Court without a jury on August 29-30, 2006, the evidence being closed and both sides having rested their respective cases, the Court rendered a bench opinion of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff is entitled to recover from the defendant and to have judgment entered on his behalf in the amount of $38,920.00.

SO ORDERED AND ADJUDGED, this the 30th day of March, 2007.

                                        S/DAVID BRAMLETTE
                                        UNITED STATES DISTRICT JUDGE