## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**WILLIAM STEVE OWENS**                                                      **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO. 5:04CV304DCB-JCS**

**UNITED STATES OF AMERICA**                                                 **DEFENDANT**

### AMENDED FINAL JUDGMENT

This matter came on for trial before the Court without a jury on August 29-30, 2006, the

evidence being closed and both sides having rested their respective cases, the Court rendered a bench

opinion of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff is entitled to recover from

the defendant and to have judgement entered on his behalf in the amount of $45,320.00.

SO ORDERED AND ADJUDGED, this the __10th__ day of May, 2007.

                                                    ___s/ David Bramlette_____
                                                    UNITED STATES DISTRICT JUDGE